UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4411

(7:10-cr-00147-D-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JOHN MOORE

        Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to withdraw as counsel on appeal.

The court appoints Deborrah L. Newton to represent appellant on appeal.

Counsel is referred to the memorandum on **Payment of Counsel Appointed under the Criminal Justice Act** for information on appointment terms, obtaining a fee exempt PACER account for electronic access to documents in CJA cases, redacting private and sensitive data from transcripts and other documents, and maintaining time and expense records. If appointed counsel has not previously received CJA

payments from the federal courts, or if their information has changed, counsel should complete the **CJA Taxpayer Identification Form**.

Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer, **www.ca4.uscourts.gov**.

The enclosed notice to new counsel provides counsel with additional information relevant to the appointment.

Former counsel shall immediately provide new counsel with all case papers, including any prepared transcripts, and information of relevance to the representation.

The court having appointed new counsel for purposes of this appeal, any motion for further substitution of counsel shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk